Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Axsome Malta Ltd.*
*and Axsome Therapeutics, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNICHEM LABORATORIES LTD.,**<br><br>**Defendant.** | **Civil Action No. _____**<br><br>**(Filed Electronically)** |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. certifies the following:

1. The full name of the parties represented by me are: Axsome Malta Ltd. and Axsome Therapeutics, Inc.

2. Axsome Malta Ltd. is a wholly-owned subsidiary of Axsome Therapeutics, Inc., which is a publicly traded company.

| | |
|---|---|
| Dated:  December 20, 2023 | By: <u>s/ Charles M. Lizza</u><br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>Alexander L. Callo<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey  07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc.* |

<u>Of Counsel</u>:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
Abigail E. DeMasi
Shira M. Bergman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000