UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LTD., <br><br> Defendants. | Civil Action No. 23-20354 (MCA)(LDW) <br><br> (Filed Electronically) |
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNICHEM LABORATORIES LTD., <br><br> Defendant. | Civil Action No. 23-23255 (MCA)(LDW) <br><br> (Filed Electronically) |
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED UNIT-V, and HETERO LABS LTD., <br><br> Defendants. | Civil Action No. 24-196 (MCA)(LDW) <br><br> (Filed Electronically) |

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LIMITED,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 24-309 (MCA)(LDW)**<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**SANDOZ INC.,**<br><br>　　　　　　**Defendant.** | **Civil Action No. 24-860 (MCA)(LDW)**<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**HETERO USA INC., HETERO LABS LIMITED UNIT-V, and HETERO LABS LTD.,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 24-3999 (MCA)(LDW)**<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LIMITED,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 24-4002 (MCA)(LDW)**<br><br>**(Filed Electronically)** |

|   |   |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALKEM LABORATORIES LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LTD.,**<br><br>Defendants. | **Civil Action No. 24-4608 (MCA)(LDW)**<br><br>**(Filed Electronically)** |

### STIPULATED CONSOLIDATION AND SCHEDULING ORDER

**WHEREAS**, on September 13, 2023, Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome" or "Plaintiffs") filed Civil Action No. 23-20354 in this Judicial District against Defendants Alkem Laboratories Ltd. ("Alkem"), Aurobindo Pharma USA, Inc. ("Aurobindo USA"), Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd. (collectively, "Hetero"), Hikma Pharmaceuticals USA Inc. ("Hikma"), Sandoz Inc. ("Sandoz"), and Unichem Laboratories Ltd. ("Unichem");

**WHEREAS**, on December 20, 2023, Axsome filed related Civil Action No. 23-23255 in this Judicial District against Unichem;

**WHEREAS**, on January 11, 2024, Axsome filed related Civil Action No. 24-196 in this Judicial District against Hetero;

**WHEREAS**, on January 18, 2024, Axsome filed related Civil Action No. 24-309 in this Judicial District against Aurobindo USA and Aurobindo Pharma Limited (together, "Aurobindo," and collectively with Alkem, Hetero, Hikma, Sandoz, and Unichem, "Defendants");

3

**WHEREAS**, on February 14, 2024, Axsome filed related Civil Action No. 24-860 in this Judicial District against Sandoz;

**WHEREAS**, on March 19, 2024, Axsome filed related Civil Action No. 24-3999 in this Judicial District against Hetero;

**WHEREAS**, on March 19, 2024, Axsome filed related Civil Action No. 24-4002 in this Judicial District against Aurobindo;

**WHEREAS**, on April 5, 2024, Axsome filed related Civil Action No. 24-4608 in this Judicial District against Alkem, Hikma, Sandoz, and Unichem;

**WHEREAS**, Alkem, Hikma, Sandoz, and Unichem hereby acknowledge their acceptance of service of the complaint in Civil Action No. 24-4608;

**WHEREAS**, each of the above-captioned actions relate to Axsome's allegations of infringement of patents listed in the FDA's publication entitled "Approved Drug Products with Therapeutics Equivalence Evaluations" (the "Orange Book") for Axsome's Sunosi® (solriamfetol) drug product;

**WHEREAS**, Axsome and Defendants jointly request that the above-captioned actions be consolidated; and

**WHEREAS**, Axsome and Defendants submit this Stipulated Consolidation and Scheduling Order following the Court's directive during the April 30, 2024 status teleconference and upon further correspondence with the Court in response to the parties' May 10, 2024 letter (ECF No. 91);

**IT IS** on this  22nd  day of _____May_____, 2024,

4

**ORDERED** that Civil Action Nos. 23-20354, 23-23255, 24-196, 24-309, 24-860, 24-3999, 24-4002, and 24-4608 (the "Consolidated Action") are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court;

**IT IS FURTHER ORDERED** that the Clerk's office shall add Aurobindo Pharma Limited as a defendant on the docket of the Consolidated Action;

**IT IS FURTHER ORDERED** that all filings in the Consolidated Action shall use the following caption:

| | |
|---|---|
| **AXSOME MALTA LTD.** and **AXSOME THERAPEUTICS, INC.**, <br><br>         **Plaintiffs**, <br><br>   v. <br><br> **ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC.,** and **UNICHEM LABORATORIES LTD.**, <br><br>         **Defendants.** | Civil Action No. 23-20354 (MCA)(LDW) <br> Civil Action No. 23-23255 (MCA)(LDW) <br> Civil Action No. 24-196 (MCA)(LDW) <br> Civil Action No. 24-309 (MCA)(LDW) <br> Civil Action No. 24-860 (MCA)(LDW) <br> Civil Action No. 24-3999 (MCA)(LDW) <br> Civil Action No. 24-4002 (MCA)(LDW) <br> Civil Action No. 24-4608 (MCA)(LDW) <br> **(consolidated)** <br><br> **(Filed Electronically)** |

**IT IS FURTHER ORDERED** that all filings going forward shall be filed in Civil Action No. 23-20354 and that Civil Action Nos. 23-23255, 24-196, 24-309, 24-860, 24-3999, 24-4002, and 24-4608 shall be administratively terminated by the Clerk's office;

**IT IS FURTHER ORDERED** that the Consolidated Action shall proceed on the following amended schedule:

| Event | Current Date (ECF No. 74) | Amended Date |
|---|---|---|
| Plaintiffs file Complaint to bring all currently-issued patents against relevant Defendants | N/A | 4/5/2024 |
| Defendants' Answers and Counterclaims to all outstanding Complaints[1] | N/A | 4/26/2024 |
| Plaintiffs' Answer to Defendants' Answers and Counterclaims | N/A | 5/17/2024 |
| Plaintiffs to Provide Updated Disclosure of Asserted Claims | N/A | 5/17/2024 |
| Parties to Exchange Update Rule 26(a)(1) Initial Disclosures | N/A | 5/17/2024 |
| Each Defendant Group to Provide Non-Infringement Contentions | 4/26/24 | 6/18/2024 |
| Defendants to Provide Joint Invalidity Contentions | 4/26/24 | 6/18/2024 |
| Plaintiffs to Provide Infringement Contentions to each Defendant Group | 9/4/24 | 10/28/2024 |
| Plaintiffs to Respond to Defendants' Joint Invalidity Contentions | 9/4/24 | 10/28/2024 |
| Parties to Exchange Proposed Claim Terms for Construction | 9/18/24 | 11/8/2024 |
| Parties to Exchange Preliminary Claim Constructions | 10/9/24 | 11/22/2024 |

---

[1] Unichem will remain subject to the Court's orders at ECF No. 19 (Civil Action No. 23-23255) and ECF No. 21 (Civil Action No. 24-4608). Axsome's time to answer, move, or otherwise respond to Unichem's responsive pleadings shall be subject to Federal Rule of Civil Procedure 12.

| Parties to Exchange Evidence Opposing Claim Constructions | 10/29/24 | 12/13/2024 |
|---|---|---|
| Joint Claim Construction and Prehearing Statement | 11/12/24 | 12/20/2024 |
| Complete all non-expert *Markman* discovery | 12/11/24 | 1/10/2025 |
| Opening *Markman* briefs | 1/6/25 | 1/31/2025 |
| Complete all expert *Markman* discovery | 2/27/25 | 2/21/2025 |
| Substantial Completion of Document Production | 3/24/25 | 4/18/2025 |
| Responsive *Markman* briefs | 4/11/25 | 5/9/2025 |
| Parties Jointly Propose *Markman* hearing schedule | 4/28/25 | 5/16/2025 |
| *Markman* hearing | TBD | TBD |
| Deadline for Motions to Amend or to Add Parties | 5/12/25 | 5/30/2025 |
| Close of Fact Discovery | 8/25/25 | 9/19/2025 |
| Parties Exchange Opening Expert Reports on All Issues for which Party Bears Burden of Proof | 60 days after the close of fact discovery or the Court's Markman opinion, whichever is later | TBD |
| Parties Exchange Responsive Expert Reports | 75 days after opening expert reports | TBD |
| Reply Expert Reports | 45 days after responding expert reports | TBD |
| Close of Expert Discovery | 45 days after responding expert reports | TBD |
| Submission of the Parties' Joint Pretrial Order | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |
| 30 Month Stay Expires | 12/17/26 | 12/17/2026 |

7

**SO ORDERED.**

*/s/ Leda Dunn Wettre*
_____
Hon. Leda Dunn Wettre, U.S.M.J.

SO STIPULATED on May 17, 2024:

| | |
|---|---|
| s/ Charles M. Lizza | s/ Rebekah R. Conroy |
| Charles M. Lizza | Rebekah R. Conroy, Esq. |
| William C. Baton | **STONE CONROY LLC** |
| Sarah A. Sullivan | 25A Hanover Road, Suite 301 |
| SAUL EWING LLP | Florham Park, New Jersey 07932 |
| One Riverfront Plaza, Suite 1520 | rconroy@stoneconroy.com |
| Newark, New Jersey 07102-5426 | |
| (973) 286-6700 | *Attorneys for Defendant* |
| clizza@saul.com | *Alkem Laboratories, Ltd.* |
| | |
| OF COUNSEL: | s/ R Touhey Myer |
| | R Touhey Myer |
| F. Dominic Cerrito | (NJ Bar ID 028912009) |
| Eric C. Stops | **KRATZ & BARRY LLP** |
| Evangeline Shih | 800 N. West Street |
| Gabriel P. Brier | Wilmington, DE 19801 |
| Frank C. Calvosa | (302) 527-9378 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | tmyer@kratzandbarry.com |
| 51 Madison Avenue, 22nd Floor | *Attorneys for Defendant* |
| New York, New York 10010 | *Unichem Laboratories Limited* |
| (212) 849-7000 | |
| | s/ Dennies Varughese, Pharm. D. |
| *Attorneys for Plaintiffs* | Dennies Varughese, Pharm. D. |
| *Axsome Malta Ltd. and* | Jamie Dohopolski |
| *Axsome Therapeutics, Inc.* | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. |
| | 1101 K Street, NW, 10th Floor |
| | Washington, DC 20005 |
| | (202) 371-2600 |
| | dvarughese@sternekessler.com |
| | jdohopolski@sternekessler.com |
| | |
| | *Attorneys for Defendant* |
| | *Sandoz, Inc.* |

8

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
jrichter@midlige-richter.com

OF COUNSEL:

Charles B. Klein (admitted *pro hac vice*)
Jovial Wong (admitted *pro hac vice*) Sharon
Lin (admitted *pro hac vice*)
Lauren Rennecker (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 K Street, N.W. Washington, DC 20036
(Tel.) (202) 282-5000
(Fax) (202) 282-5100
cklein@winston.com
jwong@winston.com
slin@winston.com
lrennecker@winston.com

*Attorneys for Defendant*
*Hikma Pharmaceuticals USA Inc.*

s/ Kaan Ekiner
Kaan Ekiner (#027582011)
**COZEN O'CONNOR**
1201 N. Market Steet, Suite 1001
Wilmington, DE 19801
(302) 295-2000
kekiner@cozen.com

*Attorneys for Defendants*
*Hetero USA Inc., Hetero Labs Limited Unit-V,*
*and Hetero Labs Ltd.*

s/ William D. Hare
William D. Hare
(NJ Bar ID 374982021)
MCNEELY, HARE & WAR, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com

*Attorneys for Defendants*
*Aurobindo Pharma USA, Inc. and*
*Aurobindo Pharma Limited*

9